STATE OF CONNECTICUT *v.* RICHARD FOURTIN

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 118 Conn. App. 43 (AC 29899), is granted, limited to the following issue:

"Did the Appellate Court improperly substitute its judgment for that of the jury when it determined that the state did not sustain its burden of proof that the victim was 'physically helpless' under General Statutes § 53a-65 (6)?"

The Supreme Court docket number is SC 18523.

*Susann E. Gill,* supervisory assistant state's attorney, in support of the petition.

*Robert E. Byron,* special public defender, in opposition.

Decided January 5, 2010